United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 2, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-41721
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JOSE LUIS MACIAS-HERMOSILLO,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:06-CR-420-ALL
---------------------

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

PER CURIAM:*

     Appealing the Judgment in a Criminal Case, Jose Luis Macias-
Hermosillo (Macias) preserves for further review his contention
that his sentence is unreasonable because this court's post-
Booker** rulings have effectively reinstated the mandatory
Sentencing Guideline regime condemned in Booker.  Macias concedes
that his argument is foreclosed by United States v. Mares, 402
F.3d 511 (5th Cir.), cert. denied, 126 S. Ct. 43 (2005), and its
progeny, which have outlined this court's methodology for

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

     ** United States v. Booker, 543 U.S. 220 (2005).

reviewing sentences for reasonableness.  Macias also raises
arguments that are foreclosed by <u>Almendarez-Torres v. United
States</u>, 523 U.S. 224, 235 (1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not a separate criminal
offense.  The Government's motion for summary affirmance is
GRANTED, and the judgment of the district court is AFFIRMED.